UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TED JOHN LOPEZ,<br><br>    Defendant. | Case No. 1:16-cr-00186-DCN<br><br>**ORDER ADOPTING RECOMMENDATION** |

On April 6, 2021, Chief United States Magistrate Judge Ronald E. Bush issued a Recommendation for Reduction of Supervised Release.

The Court finds the Recommendation to be supported by the record. Acting on the recommendation of the Chief U.S. Magistrate Judge and this Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. The Recommendation is ADOPTED in its entirety.

2. That Mr. Lopez's term of supervised release is **REDUCED BY ONE YEAR**. The new supervision expiration date is **MARCH 18, 2022**.

3. Melissa Winberg of the Federal Defender Organization and Chris Atwood

ORDER ADOPTING RECOMMENDATION - 1

of the United States Attorney's Office shall be RELIEVED of their limited appearances in this case as START Team members.

DATED: April 6, 2021

David C. Nye
Chief U.S. District Court Judge

ORDER ADOPTING RECOMMENDATION - 2